```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 70669
   KIM ROBERT OSWALD
   SHEILA ANN OSWALD                             CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-1422     SSN XXX-XX-3081


-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/21/05 and confirmed on 06/16/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 113487.50 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MORT | CURRENT MORTG | 19381.16 | .00 | 19381.16 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 1290.78 | .00 | 1290.78 |
| ASSET MANAGEMENT HOLDING | SECURED | 20964.65 | .00 | 20964.65 |
| ASSET MANAGEMENT HOLDING | MORTGAGE ARRE | 3036.82 | .00 | 3036.82 |
| ROUNDUP FUNDING LLC | SECURED | 16475.00 | 1084.02 | 16475.00 |
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 9.80 | 200.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1947.96 | .00 | 1947.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4497.11 | .00 | 4497.11 |
| BERGNERS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 562.40 | .00 | 562.40 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5067.72 | .00 | 5067.72 |
| CLEAR CHECK INC | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL SOCIAL WORKER | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL SOCIAL WORKER | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL SOCIAL WORKER | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL SOCIAL WORKER | UNSECURED | NOT FILED | .00 | .00 |
| CESI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 260.82 | .00 | 260.82 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 764.46 | .00 | 764.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 675.62 | .00 | 675.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6959.53 | .00 | 6959.53 |
| MCI TELECOMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| SWEDISH AMERICAN MEDICAL | UNSECURED | 4007.46 | .00 | 4007.46 |
| ROCKFORD MERCANTILE AGEN | UNSECURED | 464.81 | .00 | 464.81 |
| MUTUAL MANAGEMENT SRV | UNSECURED | NOT FILED | .00 | .00 |

```
NORTH SHORE AGENCY          UNSECURED       NOT FILED           .00          .00
ROCKFORD ANESTHESIOLOGIS    UNSECURED          124.20           .00       124.20
ROCKFORD ASSOCIATION PAT    UNSECURED       NOT FILED           .00          .00
CREDITORS PROTECTION SER    UNSECURED          221.20           .00       221.20
ROCKFORD SURGICAL SVC       UNSECURED       NOT FILED           .00          .00
RESURGENT CAPITAL SERVIC    UNSECURED         1046.97           .00      1046.97
RESURGENT CAPITAL SERVIC    UNSECURED         5003.20           .00      5003.20
SWEDISH AMERICAN MEDICAL    UNSECURED          268.55           .00       268.55
TERRY HOSS                  UNSECURED           50.00           .00        50.00
WELLS FARGO FINANCIAL IN    UNSECURED         1043.92           .00      1043.92
ROUNDUP FUNDING LLC         UNSECURED         5688.59           .00      5688.59
ECAST SETTLEMENT CORP       UNSECURED         2406.13           .00      2406.13
ROCKFORD HEALTH PHYSICIA    UNSECURED          771.50           .00       771.50
```

Summary of disbursements:

|                   | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL     |
|-------------------|-----------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED| 61348.41  | 1947.96  | 39884.19  | .00   | 103180.56 |
| PRINCIPAL PAID    | 61348.41  | 1947.96  | 39884.19  | .00   | 103180.56 |
| INTEREST PAID     | 1093.82   | .00      | .00       | .00   | 1093.82   |
| TOTAL PAID        | 62442.23  | 1947.96  | 39884.19  | .00   | 104274.38 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   4504.22 .

Refunds to the Debtor totaled $    2008.90 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 05 B 70669 KIM ROBERT OSWALD & SHEILA ANN OSWALD